UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**GEORGE L. RUSSELL, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

March 24, 2021

MEMORANDUM TO PARTIES RE:     Anthony Melvin v. Officer Parcell, et al.
Civil Action No. GLR-20-171

Dear Parties:

Pending before the Court is Defendants C.O. II Eli Parsell and C.O. II Kenneth Fox's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (ECF No. 21), which the Court construes as a motion for summary judgment. The Motion is ripe for disposition, and no hearing is necessary. See Local Rule 105.6 (D.Md. 2018). Upon consideration, the Court will grant Defendants' Motion.

The Court has reviewed the arguments raised in Defendants' unopposed Motion regarding the substantive deficiencies in the allegations set forth in Plaintiff Anthony Melvin's Complaint (ECF No. 1) as supplemented (ECF Nos. 3, 6, 11, 24). For the reasons stated in the Motion, the Court concludes that Defendants' arguments are meritorious. The Court thus finds that there exists no genuine dispute as to any material fact and that Defendants are entitled to judgment as a matter of law. Accordingly, Defendants' Motion is GRANTED. The Complaint is DISMISSED. The Clerk shall CLOSE this case.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly, and mail a copy to Melvin at his address of record.

Very truly yours,

/s/
George L. Russell, III
United States District Judge